1  James D. Weakley, Esq.  Bar No. 082853
   Brande L. Gustafson, Esq.  Bar No. 267130
2  Weakley & Arendt, LLP
   1630 East Shaw Ave., Suite 176
3  Fresno, California 93710
   Telephone:  (559) 221-5256
4  Facsimile:  (559) 221-5262
   Jim@walaw-fresno.com
5  Brande@walaw-fresno.com

6  Attorneys for Defendants, COUNTY OF FRESNO and FRESNO COUNTY SHERIFF'S DEPARTMENT
7
8  Lazaro Salazar, Esq.   SBN# 234183
   Lazaro Salazar Law, Inc.
9  252 N. Fulton Street
   Fresno, CA 93701
10 Telephone:  (559) 498-0828
   Facsimile:  (559) 498-0822

11 Attorneys for plaintiff PABLO MENDOZA TORRES

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MENDOZA TORRES, | ) CASE NO. 1:15-CV-00489-DAD-BAM |
| Plaintiffs, | ) **STIPULATION AND [Proposed] ORDER SETTING SETTLEMENT CONFERENCE** |
| vs. | ) |
| COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; DOES 1-25, | ) Complaint Filed: March 27, 2015<br>) Trial Date: May 1, 2017 |
| Defendants. | ) |

Pursuant to the April 27, 2016 minute order of the court (Doc. No. 20), the parties have met and conferred to select an available date for setting a settlement conference in this case, and cleared that date with the Court.

/ / /

/ / /

/ / /

/ / /

1    THE PARTIES, through their respective counsel, have stipulated to set a settlement conference in this case for Wednesday, February 22, 2017, at 9:30 a.m. in Courtroom 8 before the Honorable Barbara A. McAuliffe.

IT IS SO STIPULATED.

DATED: June 8, 2016                    WEAKLEY & ARENDT, LLP

                                By:    /s/ Brande L. Gustafson
                                       James D. Weakley
                                       Brande L. Gustafson
                                       Attorneys for Defendants

DATED:  June 8, 2016                   LAZARO SALAZAR LAW, INC.

                                By:    /s/ Lázaro Salazar
                                       Lázaro Salazar
                                       Attorney for Plaintiff, Pablo Mendoza Torres

## ORDER

IT IS SO ORDERED THAT a Settlement Conference hearing is set for Wedneday, February 22, 2017 at 9:30 a.m.  in Courtroom 8 before the Honorable Barbara A. McAuliffe.  A Confidential Settlement Conference Statement is **MANDATORY** from each party, and must be submitted to Judge McAuliffe's chambers, **at least seven (7) calendar days prior to the Settlement Conference**.   This statement should neither be filed with the Clerk of the Court nor served on any other party.    Confidential Settlement Conference Statements are due e-mailed to bamorders@caed.uscourts.gov .

Dated:  **June 9, 2016**                    /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE