Lazaro Salazar, Esq. SBN# 234183
Lazaro Salazar Law, Inc.
252 N. Fulton Street
Fresno, California 93701
(559) 498-0828
lazaro@lazarosalazarlaw.com

Attorney for Plaintiff, Pablo Mendoza Torres

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| PABLO MENDOZA TORRES,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT, DOES 1-25<br><br>Defendant | Case No.: 1:15-CV-00489-DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER (DOC. NOS. 17 & 19) |

The parties have timely exchanged Rule 26 Initial Disclosures. Defendant County of Fresno (sued as County of Fresno and Fresno County Sheriff's Department) has propounded written discovery on Plaintiff. Plaintiff has requested an extension to respond, that if granted, would afford Defendant's expert little time to review and consider those responses and incorporate them into his report if necessary. To afford Plaintiff the time requested to respond to the written discovery propounded by Defendant and afford Defendant's expert sufficient time to consider Plaintiff's discovery responses in preparing his report, the parties request a short extension of discovery and expert disclosure deadlines, with all other dates remaining the same.

For all these reasons, the parties, through their respective counsel, have stipulated to modify the Status (Pre-Trial Scheduling) Order (Doc. Nos. 17 & 19) as follows:

/ / /

/ / /

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert Witness Disclosure: | September 16, 2016 | October 7, 2016 |
| Supplemental Expert Disclosure: | September 30, 2016 | October 21, 2016 |
| Non-Expert Discovery Cutoff: | November 18, 2016 | December 9, 2016 |
| Expert Discovery Cutoff: | November 18, 2016 | December 9, 2016 |
| Dispositive Motion Filing Deadline: | January 11, 2017 | Same |
| Dispositive Motion Hearing: | February 6, 2017 | Same |
| Pre-Trial Conference: | March 20, 2017 | Same |
| Trial: | May 9, 2017 | Same |

**IT IS SO STIPULATED.**

LAZARO SALAZAR LAW, INC.

Dated: August 31, 2016         /s/Lazaro Salazar_____
                               Lazaro Salazar
                               Attorney for Plaintiff, Pablo Mendoza Torrez


WEAKLEY & ARENDT, LLP

Dated: August 31, 2016         /s/ Brande L. Gustafson (As authorized on 8/ 31/16)
                               James D. Weakley
                               Brande L. Gustafson
                               Attorney for Defendants County of Fresno &
                               Fresno County Sheriff's Department


**ORDER**

IT IS SO ORDERED.

Dated:   **September 1, 2016**         /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE