Lazaro Salazar, Esq. SBN# 234183
Lazaro Salazar Law, Inc.
252 N. Fulton Street
Fresno, California 93701
(559) 498-0828
lazaro@lazarosalazarlaw.com

Attorney for Plaintiff, Pablo Mendoza Torres

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| PABLO MENDOZA TORRES,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT, DOES 1-25<br><br>   Defendant | Case No.: 1:15-CV-00489-DAD-BAM<br><br>STIPULATION AND ORDER TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER (DOC. NOS. 17 & 25) |

Defendant County of Fresno (sued as County of Fresno and Fresno Sheriff's Department) ("Defendant") timely served its expert disclosures on October 7, 2016 pursuant to Rule 26(a)(2) and the Stipulation and Order to Modify Status (Pre-trial Scheduling) Order (Doc. Nos. 17 & 19). *See Doc. No. 25.* Plaintiff Pablo Mendoza-Torres ("Plaintiff") timely served a document identifying three experts [1] on Defendant without including any expert reports due to miscommunication between plaintiff's counsel and his expert. Plaintiff anticipates receiving the expert report on or about October 28, 2016, at which time Plaintiff will serve Defendant with Plaintiff's expert's report. After meeting and conferring, the parties, through their respective counsel, stipulate to modify the Status (Pre-Trial Scheduling) Order (Doc. Nos. 17 & 25) to extend the deadline for Defendant to designate rebuttal expert(s) from the current date of October

---

[1] Plaintiff has since withdrawn at least one of the experts and has expressed his intention of withdrawing one of the other two remaining experts.

21, 2016 to three weeks from the date Defendant receives plaintiff's expert report or no later than November 21, 2016.

**IT IS SO STIPULATED.**

                                              LAZARO SALAZAR LAW, INC.

Dated: October 24, 2016         /s/Lazaro Salazar
                                              Lazaro Salazar
                                              Attorney for Plaintiff, Pablo Mendoza Torrez

                                              WEAKLEY & ARENDT, LLP

Dated: October 24, 2016         /s/ Brande L. Gustafson
                                              James D. Weakley
                                              Brande L. Gustafson
                                              Attorney for Defendants County of Fresno &
                                              Fresno County Sheriff's Department

                                                        **ORDER**

IT IS SO ORDERED.

    Dated**:   October 26, 2016**                         /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE