UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO MENDOZA TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF FRESNO; FRESNO COUNTY SHERIFF'S DEPARTMENT; DOES 1-25,<br><br>    Defendants. | No. 1:15-cv-00489-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. Nos. 32, 37) |

On November 10, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with all parties bearing their own costs and attorneys' fees. (Doc. No. 37.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. The Clerk of the Court is directed to close the case. The pending motion to amend (Doc. No. 32) is terminated as having been rendered moot and all currently scheduled hearings in this action are vacated.

IT IS SO ORDERED.

    Dated: **November 14, 2016**

UNITED STATES DISTRICT JUDGE

1